■ MELVIN BLUM, Individually and as Former Shareholder of ACCURATE CHEMICAL & SCIENTIFIC CORP., Appellant, v ACCURATE CHEMICAL & SCIENTIFIC CORP. et al., Respondents. [994 NYS2d 870]—

In an action, inter alia, to recover damages for fraud, the plaintiff appeals from an order of the Supreme Court, Nassau

County (Bucaria, J.), dated January 10, 2013, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The defendants established, prima facie, that all of the allegations in the complaint were "reasonably and plainly comprehended to be within the scope of the dispute submitted to arbitration," and that the arbitration award fixing the value of the plaintiff's stock necessarily determined that there was no dishonesty involved (*Wallenstein v Cohen*, 45 AD3d 674, 675 [2007]). In opposition, the plaintiff failed to raise a triable issue of fact as to whether he was deprived of a full and fair opportunity during the previous arbitration to litigate the issues raised in this action (*see Clemens v Apple*, 65 NY2d 746 [1985]; *Culpepper v Allstate Ins. Co.*, 31 AD3d 490, 491 [2006]). Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint. Chambers, J.P., Sgroi, Miller and Barros, JJ., concur.